IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| This Order Relates to: | : : | E.D. Pa. Case Nos. |
| DESTASIO v. A-C PRODUCTS LIABILITY TRUST, et al. | : : : | 11-cv-31250 |
| SCHINDLER v. FOSTER WHEELER CO., et al. | : : : | 11-cv-33911 |
| DILBERT v. KEYSTONE SHIPPING CO., et al. | : : | 11-cv-33924 |

FILED
NOV 09 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## O R D E R

**AND NOW**, this **6th** day of **November, 2015**, upon consideration of the "Motion[s] For Summary Judgment of Shipowner Defendants Represented by Thompson Hine LLP (Suit Commenced By Deceased Person Is a Nullity)" (11-cv-31250 ECF. No. 99; 11-cv-33911 ECF. No. 38; and 11-cv-33924 ECF. No. 37) as well as the responses, replies, and supplements thereto (11-cv-31250 ECF. Nos. 111, 115, 127, 128; 11-cv-33911 ECF. Nos. 45, 53, 81, 82; and 11-cv-33924 ECF. Nos. 46, 55, 80, 81), it is hereby **ORDERED** that the Motions for summary judgment are **GRANTED** and the cases **DISMISSED with prejudice**.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.